In the Supreme Court of Georgia

Decided: September 19, 2023

S23A1067. MARSHALL v. LUNDY.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

*Affirmed without opinion. All the Justices concur, except Colvin, J., not participating.*